## H. M. MAYBERRY V. A. SIVEY.

AT the September Term, 1877, of the Bourbon district court, *Sivey* had judgment against *Mayberry* for $300 damages, and for costs, in an action for personal injuries. New trial denied, and *Mayberry* brings the case here on error.

*Hill & Sallee*, and *McComas & McKeighan*, for plaintiff in error.

*C. O. French*, for defendant in error.

*Per Curiam:* The above case is affirmed, upon the authority of *Mayberry v. Sivey*, 18 Kas. 291, and *Trembly v. The State*, 20 Kas. 116.

---

## PETER CLIPPENGER V. HIRAM C. HASTINGS.

AT the April Term, 1878, of the Nemaha district court, *Hastings* had judgment against *Clippenger*, who brings the case here for review.

*Joseph Sharpe*, for plaintiff in error.

*Simon Conwell*, for defendant in error.

*Per Curiam:* Prior decisions of this court dispose of every substantial question in this case, as follows: *Turner v. Hale*, 8 Kas. 38, on the question whether the findings are supported by the evidence; *Marshall v. Shibley*, 11 Kas. 114, on the admissibility of the record of the deed; *Scoffins v. Grandstaff*, 12 Kas. 467 and 471, on the character of the deed and covenants.

The judgment will be affirmed.